UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONEL RAMON MADRIGAL-CORRAL,<br><br>Defendant. | CASE NO.: 23-CR-0592-GPC-1<br><br>**ORDER TO CONTINUE EVIDENTIARY HEARING**<br><br>[ECF No. 51] |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the evidentiary hearing, currently scheduled on May 1, 2024, is rescheduled to **June 21, 2024, at 2:00 p.m.**

It is further ordered that the expert discovery deadline is extended from April 24, 2024, to June 14, 2024.

It is further ordered that the time between May 1, 2024, and June 21, 2024, is excluded under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(A).

**IT IS SO ORDERED.**

Dated: April 25, 2024

Hon. Gonzalo P. Curiel
United States District Judge